UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20739-CR-MIDDLEBROOKS/LYNCH

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

TOBIAS SHINGLES,
    Defendant.
_____/



# ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION TO SUPPRESS EVIDENCE

THIS MATTER is before the Court upon the Defendant Tobias Shingles' Objections to Magistrate's Report and Recommendation on Motion to Suppress Evidence. The Court has carefully reviewed the Report and Recommendation (DE #533), the Defendant's objections (DE 579), and the government's response (DE 581). After a full and diligent review, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Barry L. Garber is hereby **ADOPTED.** It is further

**ORDERED AND ADJUDGED** that the Defendant 's Motion to Suppress Evidence (DE 394) is hereby **DENIED.**

**DONE AND ORDERED**, in West Palm Beach, Florida, this _____ day of March, 2012.

                                    DONALD M. MIDDLEBROOKS
                                    UNITED STATES DISTRICT JUDGE

cc:    Hon. Barry L. Garber.
        Counsel of Record